01
02
03
04
05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., ) | |
| ) | CASE NO. MC10-061-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| STAFFORD CREEK CORRECTIONAL ) | |
| STAFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff John Demos[1] submitted an affidavit with the Court in which he seeks to start criminal proceedings without contacting any prosecuting authorities.  (Dkt. 1, at 5.)  Plaintiff

---

1 Plaintiff is well-known locally and nationally as an abusive litigant.  He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.  *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993).  An Order of this Court provides for the return without filing of any petition that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee.  *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).  In addition, plaintiff may submit only three IFP applications and proposed actions each year.  *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982).  Furthermore, under 28 U.S.C. § 1915(g), plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had numerous prior actions dismissed as frivolous, malicious, or for failure to state claim.  *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

REPORT AND RECOMMENDATION
PAGE -1

is advised that this is not the proper way to bring criminal matters on behalf of the government and that the Court may not initiate criminal proceedings on his behalf.

The Court recommends that this matter be dismissed.   A proposed Order is attached.

DATED this <u>24th</u> day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2