UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | ) |
| | ) CASE NO. MC10-061-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| STAFFORD CREEK CORRECTIONAL STAFF, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The Court, having reviewed plaintiff's proposed criminal complaint, the Report and Recommendation of the United States Magistrate Judge Mary Alice Theiler, the remaining record, and noting the absence of any objections, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This matter is DISMISSED; and

(3) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Theiler.

DATED this 18th day of June, 2010.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE -1